UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Jose Miguel Vallejo, et al, Defendant(s)

CRIMINAL NO. 08 mj 2247

ORDER

RELEASING MATERIAL WITNESS

Booking No.

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Alberto Palacios-Pineda

DATED: Aug. 5, 2008

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED 2008 AUG -5 PM 4:18 SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Deputy Clerk

K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082