FILED

2008 AUG -6 PM 3:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury '08 CR 2586 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MIGUEL ESCOTO-VALLEJO (1),<br>BRENDA ELIZABETH ARGUELLO (2),<br>JORGE ANTONIO TERRIQUEZ-ROJAS (3),<br><br>Defendants. | Criminal Case No. ___________<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about July 23, 2008, within the Southern District of California, defendants JOSE MIGUEL ESCOTO-VALLEJO, BRENDA ELIZABETH ARGUELLO, and JORGE ANTONIO TERRIQUEZ-ROJAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Antonio Espinosa-Nava, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

FAS:em:San Diego
8/5/08

Count 2

On or about July 23, 2008, within the Southern District of California, defendants JOSE MIGUEL ESCOTO-VALLEJO, BRENDA ELIZABETH ARGUELLO, and JORGE ANTONIO TERRIQUEZ-ROJAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Antonio Espinosa-Nava, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about July 23, 2008, within the Southern District of California, defendants JOSE MIGUEL ESCOTO-VALLEJO, BRENDA ELIZABETH ARGUELLO, and JORGE ANTONIO TERRIQUEZ-ROJAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Alberto Palacios-Pineda, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

Count 4

On or about July 23, 2008, within the Southern District of California, defendants JOSE MIGUEL ESCOTO-VALLEJO, BRENDA ELIZABETH ARGUELLO, and JORGE ANTONIO TERRIQUEZ-ROJAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Alberto Palacios-Pineda, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about July 23, 2008, within the Southern District of California, defendants JOSE MIGUEL ESCOTO-VALLEJO, BRENDA ELIZABETH ARGUELLO, and JORGE ANTONIO TERRIQUEZ-ROJAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gerardo Mendoza-Galvan, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

Count 6

On or about July 23, 2008, within the Southern District of California, defendants JOSE MIGUEL ESCOTO-VALLEJO, BRENDA ELIZABETH ARGUELLO, and JORGE ANTONIO TERRIQUEZ-ROJAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gerardo Mendoza-Galvan, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: August 6, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
FRED SHEPPARD
Assistant U.S. Attorney