KAREN P. HEWITT
United States Attorney
ALESSANDRA P. SERANO
Assistant U.S. Attorney
California State Bar No. 204796
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7084/(619) 557-7381 (Fax)
Email: alessandra.p.serano@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE ESCOTO-VALLEJO, et al,<br>Defendant. | Criminal Case No. 08CR2586-IEG<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Alessandra P. Serano | 204796 | 619/557-7084 | alessandra.p.serano@usdoj.gov |

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| n/a | | | |

Please call me if you have any questions about this notice.

DATED: August 11, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Alessandra P. Serano

ALESSANDRA P. SERANO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: alessandra.p.serano@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE ESCOTO-VALLEJO, et al,<br>Defendant. | Case No. 08CR2586-IEG<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Notice of Attorney Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Antonio Yoon, Esq

Douglas Brown, Esq

David Peterson, Esq.
Federal Defenders of San Diego, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2008.

s/Alessandra P. Serano
ALESSANDRA P. SERANO